In the Matter of ANDREI S. ADMINISTRATION FOR CHILDREN'S SERVICES OF CITY OF NEW YORK et al., Respondents; RAPHAEL S., Appellant. [848 NYS2d 887]—

In a proceeding pursuant to Family Court Act article 10, the father appeals, as limited by his brief, from so much of a fact-finding order of the Family Court, Kings County (Freeman, J.), dated July 13, 2006, as, after a fact-finding hearing, found that he neglected the subject child.

Ordered that the fact-finding order is affirmed insofar as appealed from, without costs or disbursements.

Contrary to the father's contention, the Family Court correctly found, by a preponderance of the evidence, that he neglected his son by failing to provide him with adequate medical care (*see* Family Ct Act § 1012 [f] [i] [A]; § 1046 [b] [i]). When the father became aware of the child's condition, he failed to promptly seek medical care for the child or to follow through on recommendations from medical authorities, thus supporting a finding of neglect (*see Matter of William AA.,* 24 AD3d 1125 [2005]; *Matter of Zakrya M.,* 18 AD3d 754 [2005]). Skelos, J.P., Santucci, Lifson and Carni, JJ., concur.